UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Bradley C. Reifler, et al.</u>

    v.                    Case No. 08-cv-00005-SM

<u>Simply Media, Inc., et al.</u>


<u>ORDER</u>

Re: Document No. 3, U.S. Bankruptcy Report and Recommendation

Ruling: The bankruptcy court's report and recommendation is approved and adopted.  The reference is withdrawn, subject to the bankruptcy court's ruling on the pending motion(s) to clarify, as referenced in the report and recommendation, to the extent necessary to facilitate a jury trial on Counts I, II and IV of the amended complaint and on Counts I through IV of defendants' counterclaims, as well as on Counts III and V through XV of the amended complaint.  The clerk shall schedule a pretrial status conference as the docket allows.

                                              _____
                                              Steven J. McAuliffe
                                              Chief District Judge

Date:  January 16, 2008

cc:   Bruce A. Harwood, Esq.
      Stephen F. Gordon, Esq.
      Todd B. Gordon, Esq.
      Andrew G. Bronson, Esq.
      James V. Tabner, Esq.
      Dudley C. Goar, pro se
      Angelika Thumm, pro se
      Katherine San Filippo, pro se
      Middlesex Savings Bank, pro se
      Geraldine L. Karonis, US Trustee