UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Bradley C. Reifler, et al.</u>

      v.                                  Case No. 08-cv-005-SM

<u>Simply Media, Inc., et al.</u>

## O R D E R

By notice dated January 3, 2008, Attorney Andrew G. Bronson was instructed to register for ECF within thirty (30) days.  On March 5, 2008, after the 30 day period had expired, the clerk's office contacted Attorney Bronson's office by telephone as a courtesy to reminded him of the obligation to register for ECF.   As of this date, Attorney Bronson has not registered for ECF.

Attorney Bronson shall register for ECF on or before March 28, 2008.  If he fails to register by this date, all conventionally filed documents submitted by Attorney Bronson from that date forward will be stricken,  no court notice or orders will be forwarded to him in paper format, and the parties shall be relieved of their obligation to provide him with paper service copies of electronic filings.

SO ORDERED.

Date:  March  20,  2008

                                                Steven J. McAuliffe
                                                United States District Judge

cc:     Counsel of Record