UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bradley Reifler, et al.</u>

v.                                                    Case No. 08-cv-05-SM

<u>Christina Brown, et al.</u>

ORDER

The order entered on May 1, 2008, denying Defendants' Motion to Remand to State Court (doc. no. 30) is hereby vacated. On Friday, June 6, 2008, the Motion to Remand to State Court was withdrawn in court by Attorney Grauel and that withdrawal is granted, nunc pro tunc, to May 1, 2008. Plaintiffs subsequently withdrew their Motion for Rule 11 Sanctions (doc. no. 38), and it will be marked withdrawn.

SO ORDERED.

June 6, 2008

_____
Steven J. McAuliffe
Chief Judge

cc:   Stephen Gordon, Esq.
      Todd Gordon, Esq.
      James Tabner, Esq.
      Douglas Grauel, Esq.