UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>SIMPLY MEDIA, INC.,<br><br>                              Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| STEVEN M. NOTINGER, as he is Trustee in Bankruptcy of Simply Media, Inc. and David D. Brown<br><br>                              Plaintiff<br><br>v.<br><br>CHRISTINA BROWN a/k/a CHRISTINA RAGO, individually and in her capacity as TRUSTEE OF FIRST MARCUS TRUST, ELIZABETH BROWN, MARIA SCHULMAN, ANGELIKA THUMM and KATHRYN SAN FILIPPO,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 08-cv-5-SM

PRELIMINARY INJUNCTION AGAINST CHRISTINA BROWN, INDIVIDUALLY, AND AS TRUSTEE OF THE FIRST MARCUS TRUST

Upon the Motion (the "Motion"), dated June 17, 2008, of Steven M. Notinger, as he is the Trustee in Bankruptcy of David D. Brown and Simply Media, Inc. for a preliminary injunction, the Court grants the Motion as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.      Christina Brown, in her capacity as Trustee of the First Marcus Trust, is preliminarily enjoined from taking any action to sell, convey, transfer or otherwise dispose of or encumber any part or all of the property located at 59 South Great Road, Lincoln, Massachusetts. (For title see Deed dated February 14,

1992 to Glenn Shaye, as Trustee of the First Marcus Trust, recorded with Middlesex South Registry of Deeds on February 20, 1992 at Book 21775, Page 503 and Appointment of Christina Brown as Successor Trustee dated February 24, 1992 and recorded with Middlesex South Registry of Deeds on June 16, 1995 at Book 25414, Page 107);

2.    Christina Brown, individually, is preliminarily enjoined from transferring or encumbering any beneficial interest she may hold in the First Marcus Trust under Declaration of Trust dated February 14, 1992 and recorded with Middlesex South Registry of Deeds on February 20, 1992 at Book 21775, Page 491.

3.    Christina Brown is preliminarily enjoined from changing, in any manner, her status as sole Trustee of the First Marcus Trust.

Dated:   June 18, 2008                          /s/  Steven J. McAuliffe
                                                _____
                                                 Honorable Steven J. McAuliffe
                                                Chief Judge, United States District Court